**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael David Raymond** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Cheryl Lynn Raymond** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **21-19595** |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 189,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ 105,954.69 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $ 294,954.69 |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 171,377.01 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 105,709.88 |
| | **Your total liabilities** | $ 277,086.89 |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*........................................................... | $ 6,376.90 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | $ 5,814.86 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

1/19/22 3:14PM

Debtor 1    **Michael David Raymond**
Debtor 2    **Cheryl Lynn Raymond**

Case number *(if known)* **21-19595**

the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| $ | **8,553.60** |

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael David Raymond** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Cheryl Lynn Raymond** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **21-19595** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **Asset Management/Nationwide** | Last 4 digits of account number    **41XX** | **$444.00** |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **collection account opened: 07/17/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection account**

Debtor 1  **Michael David Raymond**
Debtor 2  **Cheryl Lynn Raymond**

Case number (if known)   **21-19595**

---

| 4.2 | **Asset Management/Nationwide** | Last 4 digits of account number | **41XX** | | $228.00 |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

When was the debt incurred?      **Date collection account opened: 07/17/2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Collection account**

---

| 4.3 | **Asset Management/Nationwide** | Last 4 digits of account number | **41XX** | | $227.00 |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

When was the debt incurred?      **date collection account opened: 07/17/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **collection account**

---

| 4.4 | **Asset Management/Nationwide** | Last 4 digits of account number | **41XX** | | $379.00 |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

When was the debt incurred?      **date collection account opened: 07/17/2020**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Collection account**

---

1/19/22  3:14PM

| Debtor 1 | **Michael David Raymond** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** | Case number (if known) | **21-19595** |

---

| 4.5 | **Asset Management/Nationwide** | Last 4 digits of account number | **54XX** | $247.00 |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

When was the debt incurred?    **date collection account opened: 07/17/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **Collection account**

---

| 4.6 | **Asset Management/Nationwide** | Last 4 digits of account number | **22XX** | $959.00 |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

When was the debt incurred?    **date collection account opened: 08/28/20**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **Collection account**

---

| 4.7 | **Asset Management/Nationwide** | Last 4 digits of account number | **49XX** | $1,206.00 |

Nonpriority Creditor's Name

**545 Inman Street**
**Cleveland, TN 37311**

When was the debt incurred?    **Date collection account opened: 01/29/2021**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **Collection account**

---

1/19/22 3:14PM

Debtor 1    **Michael David Raymond**
Debtor 2    **Cheryl Lynn Raymond**

Case number (*if known*)    **21-19595**

---

| 4.8 | **AtlantiCare Physicians Group** | Last 4 digits of account number | **3770** | $110.00 |

Nonpriority Creditor's Name
**PO Box 786061**
**Philadelphia, PA 19178-6061**

When was the debt incurred?    **08/12/2021**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                ■ Other. Specify    **Medical Bill**

---

| 4.9 | **Barclay's Bank of Delaware** | Last 4 digits of account number | **0345** | $921.00 |

Nonpriority Creditor's Name

**PO Box 8803**                Date account opened:
**Wilmington, DE 19899**            When was the debt incurred?    **03/09/2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                ■ Other. Specify    **Credit Card Debt**

---

| 4.10 | **Barclay's Bank of Delaware** | Last 4 digits of account number | **0188** | $974.00 |

Nonpriority Creditor's Name

**PO Box 8803**                Date account opened:
**Wilmington, DE 19899**            When was the debt incurred?    **09/15/2013**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                ■ Other. Specify    **Credit Card Debt**

---

Debtor 1  **Michael David Raymond**
Debtor 2  **Cheryl Lynn Raymond**

Case number (if known)    **21-19595**

---

| 4.1 1 | **Barclay's Bank of Delaware** | Last 4 digits of account number | **0345** | **$3,881.00** |

Nonpriority Creditor's Name

**PO Box 8803**
**Wilmington, DE 19899**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Date account opened:
**03/09/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Debt**

---

| 4.1 2 | **Bayfront Emergency Physician** | Last 4 digits of account number | **5366** | **$380.94** |

Nonpriority Creditor's Name

**56 W. Main Street**
**Suite 305**
**Newark, DE 19702-1503**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**
**08/28/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bill (daughter)**

---

| 4.1 3 | **Bayfront Emergency Physicians** | Last 4 digits of account number | **9920** | **$481.00** |

Nonpriority Creditor's Name

**PO Box 3012**
**Wilmington, DE 19804-0012**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bill**

---

1/19/22  3:14PM

| Debtor 1 | **Michael David Raymond** |
|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** |

Case number (*if known*)   **21-19595**

---

| 4.1 4 | **BBVA USA** | Last 4 digits of account number | **3829** | **$9,906.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 11830
Birmingham, AL 35202**

Date account opened:
**04/03/2019**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charged-off account**

---

| 4.1 5 | **Capital One** | Last 4 digits of account number | **4709** | **$4,973.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 31293
Salt Lake City, UT 84131**

Dae account opened:
**11/04/2018**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Debt**

---

| 4.1 6 | **Capital One** | Last 4 digits of account number | **7805** | **$57.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 31293
Salt Lake City, UT 84131**

Date account opened:
**01/27/2015**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Debt**

---

| Debtor 1 | **Michael David Raymond** |
|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** |

Case number (*if known*)    **21-19595**

---

| 4.17 | **Capital One** | Last 4 digits of account number | **7805** | **$4,267.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131**

Number Street City State Zip Code

Date account opened:
**11/18/2013**

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Debt**

---

| 4.18 | **Capital One** | Last 4 digits of account number | **7805** | **$976.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131**

Number Street City State Zip Code

Date account opened:
**11/18/013**

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Debt**

---

| 4.19 | **Capital One** | Last 4 digits of account number | **4709** | **$16,958.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131**

Number Street City State Zip Code

Date account opened:
**10/18/2018**

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charged-off account**

---

| Debtor 1 | **Michael David Raymond** |
|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** |

Case number (*if known*)  **21-19595**

---

| 4.2 0 | | | |
|---|---|---|---|
| **Capital One** | Last 4 digits of account number | **XXXX** | **$1,929.00** |
| Nonpriority Creditor's Name | | | |

| **PO Box 31293** | | |
|---|---|---|
| **Salt Lake City, UT 84131** | When was the debt incurred? | **date account opened: 08/30/2016** |
| Number Street City State Zip Code | | |

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debt**

---

| 4.2 1 | | | |
|---|---|---|---|
| **Capital One** | Last 4 digits of account number | **6645** | **$746.00** |
| Nonpriority Creditor's Name | | | |

| **PO Box 31293** | | |
|---|---|---|
| **Salt Lake City, UT 84131** | When was the debt incurred? | **date account opened: 07/09/2018** |
| Number Street City State Zip Code | | |

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debt**

---

| 4.2 2 | | | |
|---|---|---|---|
| **Citibank/Home Depot** | Last 4 digits of account number | **3532** | **$6,247.00** |
| Nonpriority Creditor's Name | | | |

| **PO Box 6500** | | |
|---|---|---|
| **Sioux Falls, SD 57117** | When was the debt incurred? | **Date account opened: 10/14/2018** |
| Number Street City State Zip Code | | |

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charged-off account**

---

| Debtor 1 | **Michael David Raymond** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** | | |
| | | Case number (if known) | **21-19595** |

---

| 4.2 3 | **Credit Card/FB&T** | Last 4 digits of account number | **7332** | **$1,953.00** |

Nonpriority Creditor's Name

**PO Box 84064**
**Columbus, GA 31908**

When was the debt incurred?  **Date account opened: 07/16/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify  **Credit Card Debt**

---

| 4.2 4 | **Credit One Bank** | Last 4 digits of account number | **4796** | **$6.00** |

Nonpriority Creditor's Name

**PO Box 98875**
**Las Vegas, NV 89193**

When was the debt incurred?  **Date account opened: 07/08/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify  **Credit Card Debt**

---

| 4.2 5 | **LVNV Funding (Resurgent)** | Last 4 digits of account number | **7805** | **$637.00** |

Nonpriority Creditor's Name

**PO Box 1269**
**Greenville, SC 29602**

When was the debt incurred?  **Date debt purchased: 12/23/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify  **Purchased debt**
**Original Creditor: Capital One Bank**

---

| Debtor 1 | **Michael David Raymond** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** | Case number (*if known*) | **21-19595** |

---

**4.2 6**

| **Resurgent Acquisitions, LLC** | Last 4 digits of account number | **7821** | **$7,509.95** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Resurgent Capital Services, LP**
**55 Beattie Place**
**Suite 110**
**Greenville, SC 29601**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Debt Purchased**
                    **Original Creditor: Citi**

---

**4.2 7**

| **Shore Medical Center** | Last 4 digits of account number | **4941** | **$1,206.80** |
|---|---|---|---|

Nonpriority Creditor's Name

**100 Medical Center Way**
**Somers Point, NJ 08244**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical Bill**

---

**4.2 8**

| **Shore Medical Center** | Last 4 digits of account number | **8193** | **$1,010.79** |
|---|---|---|---|

Nonpriority Creditor's Name

**1 E. New York Avenue**
**Somers Point, NJ 08244**

When was the debt incurred?    **03/18/2021**

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical Bill**

---

| Debtor 1 | **Michael David Raymond** |
|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** |

Case number (if known)  **21-19595**

---

**4.29**

**Shore Medical Center**
Nonpriority Creditor's Name
**PO Box 6768**
**Wyomissing, PA 19610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **5366**                **$269.40**

When was the debt incurred?  **08/28/2021**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill (Daughter)**

---

**4.30**

**Shore Medical Center**
Nonpriority Creditor's Name
**PO Box 6768**
**Wyomissing, PA 19610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4161**                **$1,579.00**

When was the debt incurred?  **03/18/2021**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill (daughter)**

---

**4.31**

**SYNCB/Lowes**
Nonpriority Creditor's Name
**PO Box 965005**
**Orlando, FL 32896-5005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **8192**                **$6,273.00**

Date account opened:
When was the debt incurred?  **02/23/2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charged-off account**

---

1/19/22  3:14PM

| Debtor 1 | **Michael David Raymond** |
|----------|---------------------------|
| Debtor 2 | **Cheryl Lynn Raymond** |

Case number (*if known*)  **21-19595**

---

| 4.3 2 | **SYNCB/Lowes** | | Last 4 digits of account number | | $7,941.00 |
|-------|-----------------|--|--------------------------------|--|-----------|

Nonpriority Creditor's Name

**PO Box 965005**
**Orlando, FL 32896-5005**

date account opened:
**01/26/2015**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charged-off account**

---

| 4.3 3 | **SYNCB/PPC** | | Last 4 digits of account number | **4419** | $7,902.00 |
|-------|---------------|--|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**PO Box 530975**
**Orlando, FL 32896**

Date account opened:
**06/18/2015**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charged-off account**

---

| 4.3 4 | **SYNCB/PPC** | | Last 4 digits of account number | **4419** | $9,000.00 |
|-------|---------------|--|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**PO Box 530975**
**Orlando, FL 32896**

When was the debt incurred?    **account opened: 03/03/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charged-off account**

---

| Debtor 1 | **Michael David Raymond** |
|---|---|
| Debtor 2 | **Cheryl Lynn Raymond** |

Case number (if known)    **21-19595**

| 4.3 5 | **Wells Fargo** | Last 4 digits of account number | **6542** | | $3,925.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 14517**
**Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**Date account opened:**
**05/19/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Debt**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address<br>**Bayfront Emergency Physicians**<br>**56 W. Main Street**<br>**Suite 305**<br>**Newark, DE 19702-1503** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**Nationwide Recovery Service**<br>**PO Box 8005**<br>**Cleveland, TN 37320-8005** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number    **4941** |

| Name and Address<br>**Receivables Outsourcing, LLC**<br>**PO Box 62850**<br>**Baltimore, MD 21264-2850** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**Shore Medical Center**<br>**PO Box 42972**<br>**Philadelphia, PA 19101-2972** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**Transworld Systems, Inc.**<br>**PO Box 15520**<br>**Wilmington, DE 19850-5520** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                0.00 |

---

Debtor 1  **Michael David Raymond**
Debtor 2  **Cheryl Lynn Raymond**

Case number (*if known*)  **21-19595**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | | 0.00 |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | **Total Claim** | |
| | | | | $ | | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | | 105,709.88 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | | 105,709.88 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael David Raymond** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cheryl Lynn Raymond** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **21-19595** |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Michael David Raymond** | X **/s/ Cheryl Lynn Raymond** |
|---|---|
| **Michael David Raymond** | **Cheryl Lynn Raymond** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **January 19, 2022** | Date  **January 19, 2022** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Jersey

In re   **Michael David Raymond**
**Cheryl Lynn Raymond**

                  Debtor(s)

Case No.   **21-19595**
Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **January 19, 2022**

**/s/ Michael David Raymond**
**Michael David Raymond**
Signature of Debtor

Date:   **January 19, 2022**

**/s/ Cheryl Lynn Raymond**
**Cheryl Lynn Raymond**
Signature of Debtor

```
Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


Asset Management/Nationwide
545 Inman Street
Cleveland, TN 37311


AtlantiCare Physicians Group
PO Box 786061
Philadelphia, PA 19178-6061


Barclay's Bank of Delaware
PO Box 8803
Wilmington, DE 19899


Barclay's Bank of Delaware
PO Box 8803
Wilmington, DE 19899


Barclay's Bank of Delaware
PO Box 8803
Wilmington, DE 19899
```

Bayfront Emergency Physician
56 W. Main Street
Suite 305
Newark, DE 19702-1503


Bayfront Emergency Physicians
PO Box 3012
Wilmington, DE 19804-0012


Bayfront Emergency Physicians
56 W. Main Street
Suite 305
Newark, DE 19702-1503


BBVA USA
PO Box 11830
Birmingham, AL 35202


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One
PO Box 31293
Salt Lake City, UT 84131

Citibank/Home Depot
PO Box 6500
Sioux Falls, SD 57117


Credit Card/FB&T
PO Box 84064
Columbus, GA 31908


Credit One Bank
PO Box 98875
Las Vegas, NV 89193


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098


Ford Motor Credit
PO Box 542000
Omaha, NE 68154


Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265-0574


Lakeview
PO Box 660263
Dallas, TX 75266-0263


LVNV Funding (Resurgent)
PO Box 1269
Greenville, SC 29602


Nationwide Recovery Service
PO Box 8005
Cleveland, TN 37320-8005


Receivables Outsourcing, LLC
PO Box 62850
Baltimore, MD 21264-2850


Resurgent Acquisitions, LLC
c/o Resurgent Capital Services, LP
55 Beattie Place
Suite 110
Greenville, SC 29601

Shore Medical Center
100 Medical Center Way
Somers Point, NJ 08244


Shore Medical Center
1 E. New York Avenue
Somers Point, NJ 08244


Shore Medical Center
PO Box 6768
Wyomissing, PA 19610


Shore Medical Center
PO Box 6768
Wyomissing, PA 19610


Shore Medical Center
PO Box 42972
Philadelphia, PA 19101-2972


SYNCB/Lowes
PO Box 965005
Orlando, FL 32896-5005


SYNCB/Lowes
PO Box 965005
Orlando, FL 32896-5005


SYNCB/PPC
PO Box 530975
Orlando, FL 32896


SYNCB/PPC
PO Box 530975
Orlando, FL 32896


Transworld Systems, Inc.
PO Box 15520
Wilmington, DE 19850-5520


Wells Fargo
PO Box 14517
Des Moines, IA 50306