Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

　　　　　　　　　　　　　　Case No.:  21−19595−ABA
　　　　　　　　　　　　　　Chapter:  13
　　　　　　　　　　　　　　Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Michael David Raymond　　　　　　　　　　Cheryl Lynn Raymond
　　302 Folsom Avenue　　　　　　　　　　　　　302 Folsom Avenue
　　Egg Harbor Township, NJ 08234　　　　　　Egg Harbor Township, NJ 08234

Social Security No.:
　　xxx−xx−9841　　　　　　　　　　　　　　　　xxx−xx−1512

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2022.

Dated: March 24, 2022
JAN:

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael David Raymond  
Cheryl Lynn Raymond  
    Debtors

Case No. 21-19595-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 44 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael David Raymond, Cheryl Lynn Raymond, 302 Folsom Avenue, Egg Harbor Township, NJ 08234-7225 |
| 519460518 | | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460525 | | AtlantiCare Physicians Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519460529 | | Bayfront Emergency Physician, 56 W. Main Street, Suite 305, Newark, DE 19702-1503 |
| 519460531 | | Bayfront Emergency Physicians, 56 W. Main Street, Suite 305, Newark, DE 19702-1503 |
| 519460530 | | Bayfront Emergency Physicians, PO Box 3012, Wilmington, DE 19804-0012 |
| 519460546 | | Ford Motor Credit, P.O. Box 650574, Dallas, TX 75265-0574 |
| 519460547 | | Lakeview, PO Box 660263, Dallas, TX 75266-0263 |
| 519460550 | | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 519460553 | + | Shore Medical Center, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519460555 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 519460561 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519473963 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519460526 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 24 2022 20:44:00 | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460533 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 20:42:13 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519472460 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2022 20:42:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519460540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:58 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519483845 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519460541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:54 | Citibank/Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519460542 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 24 2022 20:38:00 | Credit Card/FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 519460543 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2022 20:42:04 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519513564 | | Email/Text: cashiering-administrationservices@flagstar.com | Mar 24 2022 20:44:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | MI 48098 |
| 519462291 | | Email/Text: EBNBKNOT@ford.com | Mar 24 2022 20:44:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 519460544 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 24 2022 20:44:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519460545 | + | Email/Text: EBNBKNOT@ford.com | Mar 24 2022 20:44:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519460548 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2022 20:42:16 | LVNV Funding (Resurgent), PO Box 1269, Greenville, SC 29602-1269 |
| 519463586 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2022 20:52:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519460549 | | Email/Text: paula.tilley@nrsagency.com | Mar 24 2022 20:38:00 | Nationwide Recovery Service, PO Box 8005, Cleveland, TN 37320-8005 |
| 519460532 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | BBVA USA, PO Box 11830, Birmingham, AL 35202 |
| 519495383 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519488206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2022 20:52:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519508124 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2022 20:44:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519506181 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2022 20:44:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519487852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2022 20:52:42 | Resurgent Acquisitions, LLC, c/o Resurgent Capital Services, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519466203 | | Email/Text: paula.tilley@nrsagency.com | Mar 24 2022 20:38:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 519460556 | | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:49 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519460558 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:11 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519460552 | | Email/Text: jboehler@shorememorial.org | Mar 24 2022 20:44:00 | Shore Medical Center, 1 E. New York Avenue, Somers Point, NJ 08244 |
| 519460551 | + | Email/Text: jboehler@shorememorial.org | Mar 24 2022 20:44:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519509000 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519461398 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519460560 | | Email/Text: bankruptcydepartment@tsico.com | Mar 24 2022 20:44:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 21-19595-ABA    Doc 29    Filed 03/26/22    Entered 03/27/22 00:15:20    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 44 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519460523 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460524 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460519 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460520 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460521 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460522 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460527 | *+ | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460528 | *+ | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460534 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460535 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460536 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460537 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460538 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460539 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460557 | * | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519460559 | *+ | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519460554 | *+ | Shore Medical Center, PO Box 6768, Wyomissing, PA 19610-0768 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Miller | on behalf of Joint Debtor Cheryl Lynn Raymond millerar85252@notify.bestcase.com |
| Andrew L. Miller | on behalf of Debtor Michael David Raymond millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6