Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 21-19595 (ABA)

Michael D. Raymond and Cheryl L. Raymond
302 Folsom Avenue
Egg Harbor Township, NJ  08234

Monthly Payment: $600.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/24/2022 | $562.00 | 02/28/2022 | $600.00 | 03/28/2022 | $600.00 | 04/25/2022 | $600.00 |
| 05/31/2022 | $600.00 | 06/27/2022 | $600.00 | 07/25/2022 | $600.00 | 08/29/2022 | $600.00 |
| 10/03/2022 | $600.00 | 10/31/2022 | $600.00 | 11/28/2022 | $600.00 | 12/27/2022 | $600.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | MICHAEL D. RAYMOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW L. MILLER, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | ASSET MANAGEMENT/NATIONWIDE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE PHYSICIANS GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BBVA USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $968.77 | $9.44 | $959.33 | $0.00 |
| 5 | BAYFRONT EMERGENCY PHYSICIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYFRONT EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $2,023.10 | $19.70 | $2,003.40 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $17,233.81 | $167.84 | $17,065.97 | $0.00 |
| 9 | CITI BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $6,247.05 | $60.84 | $6,186.21 | $0.00 |
| 11 | CREDIT CARD/FB&T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FLAGSTAR BANK | 24 | $303.55 | $303.55 | $0.00 | $0.00 |
| 14 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $638.86 | $638.86 | $0.00 | $0.00 |
| 15 | FORD MOTOR CREDIT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $640.42 | $6.23 | $634.19 | $0.00 |
| 17 | LAKEVIEW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,990.28 | $38.84 | $3,951.44 | $0.00 |
| 19 | PNC BANK, N.A. | 33 | $9,906.17 | $96.47 | $9,809.70 | $0.00 |
| 20 | SYNCHRONY BANK | 33 | $7,081.07 | $68.96 | $7,012.11 | $0.00 |
| 21 | SYNCHRONY BANK | 33 | $9,000.62 | $87.65 | $8,912.97 | $0.00 |
| 22 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SHORE MEDICAL CENTER | 33 | $4,851.38 | $47.24 | $4,804.14 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $7,509.95 | $73.14 | $7,436.81 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 27 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 33 | $4,032.09 | $39.27 | $3,992.82 | $0.00 |
| 29 | ANDREW L. MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CHERYL L. RAYMOND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | CAPITAL ONE BANK USA, N.A. | 33 | $1,382.87 | $13.47 | $1,369.40 | $0.00 |
| 33 | CAPITAL ONE BANK USA, N.A. | 33 | $5,013.79 | $48.83 | $4,964.96 | $0.00 |
| 34 | CAPITAL ONE BANK USA, N.A. | 33 | $4,452.32 | $43.34 | $4,408.98 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,022.12 | $9.96 | $1,012.16 | $0.00 |
| 36 | LVNV FUNDING, LLC | 33 | $728.33 | $7.09 | $721.24 | $0.00 |
| 37 | LVNV FUNDING, LLC | 33 | $1,988.48 | $19.36 | $1,969.12 | $0.00 |
| 38 | QUANTUM3 GROUP, LLC | 33 | $26,953.08 | $262.49 | $26,690.59 | $0.00 |
| 39 | SYNCHRONY BANK | 33 | $6,173.09 | $60.11 | $6,112.98 | $0.00 |
| 40 | DEPARTMENT OF THE TREASURY | 28 | $1,383.00 | $0.00 | $1,383.00 | $0.00 |
| 41 | STATE OF NEW JERSEY | 28 | $467.90 | $467.90 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 01/01/2022 | 60.00 | $600.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,162.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,479.80 |
| Arrearages: | ($524.00) |
| Attorney: | ANDREW L. MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**