B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  MICHAEL D RAYMOND and CHERYL L RAYMOND  ,                    Case No.  1-21-BK-19595

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC                                    SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): _____ 20 _____
should be sent:   LVNV Funding LLC                   Amount of Claim: _____ 9,000.62 _____
                  PO Box 10587                       Date Claim Filed: _____ 2/16/2022 _____
                  Greenville SC 29603

Phone:   (877) 264-5884                              Phone: _____
Last Four Digits of Acct #: _____ 2031 _____      Last Four Digits of Acct. #: _____ 2031 _____

Name and Address where transferee payments
should be sent (if different from above):
                  Resurgent Capital Services
                  PO Box 10587
                  Greenville, SC  29603
Phone:   (877) 264-5884
Last Four Digits of Acct #:_____ 2031 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway                              Date:  5/11/2023
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.