Printed on: 12/31/2024

Page 1 of 2

ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 21-19595 (ABA)**

Michael D. Raymond and Cheryl L. Raymond
302 Folsom Avenue
Egg Harbor Township, NJ  08234

Monthly Payment: $600.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2024 to 12/31/2024
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/02/2024 | $600.00 | 01/29/2024 | $600.00 | 02/26/2024 | $600.00 | 04/01/2024 | $600.00 |
| 04/29/2024 | $600.00 | 05/28/2024 | $600.00 | 07/01/2024 | $600.00 | 07/29/2024 | $600.00 |
| 08/26/2024 | $600.00 | 09/30/2024 | $600.00 | 10/29/2024 | $600.00 | 11/25/2024 | $600.00 |
| 12/30/2024 | $600.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | MICHAEL D. RAYMOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW L. MILLER, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | ASSET MANAGEMENT/NATIONWIDE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE PHYSICIANS GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BBVA USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $968.77 | $117.74 | $851.03 | $52.12 |
| 5 | BAYFRONT EMERGENCY PHYSICIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYFRONT EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $2,023.10 | $245.89 | $1,777.21 | $108.85 |
| 8 | CAPITAL ONE, N.A. | 33 | $17,233.81 | $2,094.63 | $15,139.18 | $927.20 |
| 9 | CITI BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $6,247.05 | $759.28 | $5,487.77 | $336.10 |
| 11 | CREDIT CARD/FB&T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FLAGSTAR BANK | 24 | $303.55 | $303.55 | $0.00 | $0.00 |
| 14 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $638.86 | $638.86 | $0.00 | $0.00 |
| 15 | FORD MOTOR CREDIT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $640.42 | $77.84 | $562.58 | $34.46 |
| 17 | LAKEVIEW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,990.28 | $484.99 | $3,505.29 | $214.70 |
| 19 | PNC BANK, N.A. | 33 | $9,906.17 | $1,204.01 | $8,702.16 | $533.00 |
| 20 | SYNCHRONY BANK | 33 | $7,081.07 | $860.64 | $6,220.43 | $380.99 |
| 21 | LVNV FUNDING, LLC | 33 | $9,000.62 | $1,093.95 | $7,906.67 | $484.28 |
| 22 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SHORE MEDICAL CENTER | 33 | $4,851.38 | $589.64 | $4,261.74 | $261.01 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 26 | LVNV FUNDING, LLC | 33 | $7,509.95 | $912.77 | $6,597.18 | $404.04 |
| 27 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 33 | $4,032.09 | $490.06 | $3,542.03 | $216.92 |
| 29 | ANDREW L. MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CHERYL L. RAYMOND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | CAPITAL ONE, N.A. | 33 | $1,382.87 | $168.07 | $1,214.80 | $74.40 |
| 33 | CAPITAL ONE, N.A. | 33 | $5,013.79 | $609.38 | $4,404.41 | $269.76 |
| 34 | CAPITAL ONE, N.A. | 33 | $4,452.32 | $541.14 | $3,911.18 | $239.55 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,022.12 | $124.23 | $897.89 | $54.99 |
| 36 | LVNV FUNDING, LLC | 33 | $728.33 | $88.52 | $639.81 | $39.19 |
| 37 | LVNV FUNDING, LLC | 33 | $1,988.48 | $241.68 | $1,746.80 | $106.98 |
| 38 | QUANTUM3 GROUP, LLC | 33 | $26,953.08 | $3,275.91 | $23,677.17 | $1,450.11 |
| 39 | LVNV FUNDING, LLC | 33 | $6,173.09 | $750.29 | $5,422.80 | $332.14 |
| 40 | DEPARTMENT OF THE TREASURY | 28 | $1,383.00 | $0.00 | $1,383.00 | $0.00 |
| 41 | STATE OF NEW JERSEY | 28 | $467.90 | $467.90 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 01/01/2022 | 60.00 | $600.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,800.00 |
| Total paid to creditors this period: | $6,520.79 |
| Undistributed Funds on Hand: | $1,923.01 |
| Arrearages: | ($524.00) |
| Attorney: | ANDREW L. MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**