UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     MICHAEL DAVID RAYMOND    CHERYL LYNN RAYMOND

Case No.: 21-19595
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____MICHAEL DAVID RAYMOND_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, N.J. 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __April 15, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Settlement of debtor's pending worker's compensation claim (exempt assets). The claim was the reopening of a previous w/c matter for a work-related lower back injury.

Pertinent terms of settlement: The case has settled as follows: Debtor to receive an additional workers' compensation award of $54,720.00 and, following deductions, debtor to receive a lump sum payment of $50,323.00. The award is exempt under: §522(d)(10)(C) of the U.S. Bankruptcy Code. Workers' Compensation Claims in Bankruptcy are also exempt in New Jersey.

Objections must be served on, and requests for additional information directed to:

Name: Andrew L. Miller, Esq.

Address: 1550 New Rd., Suit A, Northfield, NJ 08225

Telephone No.: (609) 645-1599

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael David Raymond  
Cheryl Lynn Raymond  
    Debtors

Case No. 21-19595-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Mar 12, 2025     Form ID: pdf905     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael David Raymond, Cheryl Lynn Raymond, 302 Folsom Avenue, Egg Harbor Township, NJ 08234-7225 |
| 519460518 | | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460525 | | AtlantiCare Physicians Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519460529 | | Bayfront Emergency Physician, 56 W. Main Street, Suite 305, Newark, DE 19702-1503 |
| 519460531 | | Bayfront Emergency Physicians, 56 W. Main Street, Suite 305, Newark, DE 19702-1503 |
| 519460530 | | Bayfront Emergency Physicians, PO Box 3012, Wilmington, DE 19804-0012 |
| 519460547 | | Lakeview, PO Box 660263, Dallas, TX 75266-0263 |
| 519460555 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 519460553 | + | Shore Medical Center, PO Box 6768, Wyomissing, PA 19610-0768 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519460526 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 12 2025 21:03:00 | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460533 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2025 21:34:26 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519472460 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 12 2025 21:36:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519460540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:12:17 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519483845 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:12:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519460541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:11:46 | Citibank/Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519460542 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 12 2025 21:02:00 | Credit Card/FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 519460543 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2025 21:13:17 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519513564 | | Email/Text: servicingmailhub@flagstar.com | Mar 12 2025 21:03:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519462291 | | Email/Text: EBNBKNOT@ford.com | Mar 12 2025 21:03:00 | Ford Motor Credit Company, LLC, Dept 55953, |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: pdf905 | Total Noticed: 49 |

| Recipient # | Code | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | P.O. Box 55000, Detroit MI, 48255-0953 |
| 519460544 | + | Email/Text: servicingmailhub@flagstar.com | Mar 12 2025 21:03:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519460546 | ^ | MEBN | Mar 12 2025 21:01:26 | Ford Motor Credit, P.O. Box 650574, Dallas, TX 75265-0574 |
| 519460545 | + | Email/Text: EBNBKNOT@ford.com | Mar 12 2025 21:03:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520195064 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:34:44 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519460548 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:34:30 | LVNV Funding (Resurgent), PO Box 1269, Greenville, SC 29602-1269 |
| 519921185 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:13:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921186 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:13:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519463586 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:13:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519460549 | | Email/Text: paula.tilley@nrsagency.com | Mar 12 2025 21:02:00 | Nationwide Recovery Service, PO Box 8005, Cleveland, TN 37320-8005 |
| 519460532 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2025 21:02:00 | BBVA USA, PO Box 11830, Birmingham, AL 35202 |
| 519495383 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2025 21:02:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519488206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 21:13:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519685293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 21:35:28 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519685296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 21:11:47 | Portfolio Recovery Associates, LLC, c/o Diamond Resorts, POB 41067, Norfolk VA 23541 |
| 519508124 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2025 21:03:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519506181 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2025 21:03:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519460550 | ^ | MEBN | Mar 12 2025 21:00:22 | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 519487852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:35:36 | Resurgent Acquisitions, LLC, c/o Resurgent Capital Services, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519466203 | | Email/Text: paula.tilley@nrsagency.com | Mar 12 2025 21:02:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 519644208 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 12 2025 21:02:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519460556 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:13:08 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519460558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:34:37 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519460552 | | Email/Text: jboehler@shorememorial.org | Mar 12 2025 21:03:00 | Shore Medical Center, 1 E. New York Avenue, |

Case 21-19595-ABA    Doc 53    Filed 03/14/25    Entered 03/15/25 00:15:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: pdf905 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Somers Point, NJ 08244 |
| 519460551 | + | Email/Text: jboehler@shorememorial.org | Mar 12 2025 21:03:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519461398 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:13:26 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519460560 | | Email/Text: bankruptcydepartment@tsico.com | Mar 12 2025 21:03:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 519460561 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 12 2025 21:34:36 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519473963 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 12 2025 21:12:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519460523 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460524 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460519 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460520 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460521 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460522 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460527 | *+ | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460528 | *+ | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460534 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460535 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460536 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460537 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460538 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460539 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519921187 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921188 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519460557 | * | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519460559 | *+ | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519460554 | *+ | Shore Medical Center, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519509000 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025       Signature:    /s/Gustava Winters

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: pdf905 | Total Noticed: 49 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Miller | on behalf of Joint Debtor Cheryl Lynn Raymond millerar85252@notify.bestcase.com |
| Andrew L. Miller | on behalf of Debtor Michael David Raymond millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6