UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW L. MILLER, ESQ
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
(Office) 609 645-1599
(Fax) (609) 645-7554
andrewmiller@almlaw.com

Order Filed on March 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
MICHAEL DAVID RAYMOND & CHERYL LYNN RAYMOND

Case No.: 21-19595-ABA
Chapter: 13
Judge: ABA

**ORDER AUTHORIZING RETENTION OF**

Jonathan E. Diego, Esq., as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: March 18, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  JONATHAN E. DIEGO, ESQ.
as  SPECIAL COUNSEL , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  129 S. Main Street
   Pleasantville, NJ 08232

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19595-ABA |
| Michael David Raymond | Chapter 13 |
| Cheryl Lynn Raymond | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael David Raymond, Cheryl Lynn Raymond, 302 Folsom Avenue, Egg Harbor Township, NJ 08234-7225 |
| aty | + | Jonathan E. Diego, 129 S. Main Street, Pleasantville, NJ 08232-2729 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Miller | on behalf of Joint Debtor Cheryl Lynn Raymond millerar85252@notify.bestcase.com |
| Andrew L. Miller | on behalf of Debtor Michael David Raymond millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 18, 2025 | Form ID: pdf903 | Total Noticed: 2

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6