Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  21−19595−ABA
    Chapter:  13
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael David Raymond | Cheryl Lynn Raymond |
| 302 Folsom Avenue | 302 Folsom Avenue |
| Egg Harbor Township, NJ 08234 | Egg Harbor Township, NJ 08234 |

Social Security No.:
  xxx−xx−9841                                           xxx−xx−1512

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Notice of Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Settlement of debtor's pending worker's compensation claim (exempt assets).The claim was the reopening of a previous w/c matter for a work−related lower back injury.

Dated: April 9, 2025
JAN: jgd

                                                                                       Jeanne Naughton
                                                                                       Clerk