**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
Office: (609) 645-1599
Fax: (609) 645-7554

Order Filed on April 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL DAVID RAYMOND
CHERYL LYNN RAYMOND

Case No.: 21-19595-ABA

Hearing Date: April 15, 2025

Judge: ABA

Chapter: 13

Recommended Form:   ☐ Followed   ☐ Modified

## ORDER AUTHORIZING SETTLEMENT OF DEBTOR'S WORKERS' COMPENSATION CLAIM AND DIBSURSEMENTS OF THE AWARD TO DEBTOR

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an order authorizing Debtor to settle a workers compensation claim listed in Schedule "B" of his petition, and all interested parties having been duly served and the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED as follows:

1. Debtor is authorized to settled his workers compensation claim for a total awarad of $54,720.00.

2. Debtor's Workers' Compensation counsel, Diego Law Firm, is authorized to disburse the remaining award directly to debtor, without further application of this Court.

*rev.8/1/15*