UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
Office: (609) 645-1599
Fax: (609) 645-7554

Order Filed on April 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL DAVID RAYMOND
CHERYL LYNN RAYMOND

Case No.: 21-19595-ABA

Hearing Date: April 15, 2025

Judge: ABA

Chapter: 13

Recommended Form:  ☐ Followed    ☐ Modified

## ORDER AUTHORIZING SETTLEMENT OF DEBTOR'S WORKERS' COMPENSATION CLAIM AND DIBSURSEMENTS OF THE AWARD TO DEBTOR

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an order authorizing Debtor to settle a workers compensation claim listed in Schedule "B" of his petition, and all interested parties having been duly served and the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED as follows:

1. Debtor is authorized to settled his workers compensation claim for a total award of $54,720.00.
2. Debtor's Workers' Compensation counsel, Diego Law Firm, is authorized to disburse the remaining award directly to debtor, without further application of this Court.

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-19595-ABA
Michael David Raymond  Chapter 13
Cheryl Lynn Raymond
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Apr 15, 2025     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael David Raymond, Cheryl Lynn Raymond, 302 Folsom Avenue, Egg Harbor Township, NJ 08234-7225 |
| aty | + | Jonathan E. Diego, 129 S. Main Street, Pleasantville, NJ 08232-2729 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Miller | on behalf of Joint Debtor Cheryl Lynn Raymond millerar85252@notify.bestcase.com |
| Andrew L. Miller | on behalf of Debtor Michael David Raymond millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 15, 2025 | Form ID: pdf903 | Total Noticed: 2

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6