UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MICHAEL DAVID RAYMOND  
CHERYL LYNN RAYMOND  

Case No.: __21-19595__  
Chapter: __13__  
Judge: __ABA__

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__CHERYL LYNN RAYMOND__, __Co-Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  
Mitchell H. Cohen U.S. Courthouse  
400 Cooper Street  
Camden, N.J. 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __June 17, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  
Settlement of debtor's post-petition worker's compensation claim (exempt assets).

Pertinent terms of settlement:  
4. On or about March 20, 2025, the case settled. Ms. Raymond received a gross settlement award of $33,4675.00. Following a deduction of $2,677.00 for attorney fees and $500.00 of expert costs, debtor will net approximately $30,288.00. From the settlement, debtor has received an initial lump sum disbursement totaling $17,221.00. The remaining settlement will be paid over a 10-month period beginning June 2025 of approximately $1,722.10 per month.

Objections must be served on, and requests for additional information directed to:

Name: Andrew L. Miller, Esq.

Address: 1550 New Rd., Suit A, Northfield, NJ 08225

Telephone No.: (609) 645-1599

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19595-ABA |
| Michael David Raymond | Chapter 13 |
| Cheryl Lynn Raymond | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 19, 2025 | Form ID: pdf905 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael David Raymond, Cheryl Lynn Raymond, 302 Folsom Avenue, Egg Harbor Township, NJ 08234-7225 |
| sp | + | Jonathan E. Diego, 129 S. Main Street, Pleasantville, NJ 08232-2729 |
| 519460518 | | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460525 | | AtlantiCare Physicians Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519460529 | | Bayfront Emergency Physician, 56 W. Main Street, Suite 305, Newark, DE 19702-1503 |
| 519460531 | | Bayfront Emergency Physicians, 56 W. Main Street, Suite 305, Newark, DE 19702-1503 |
| 519460530 | | Bayfront Emergency Physicians, PO Box 3012, Wilmington, DE 19804-0012 |
| 519513564 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519460547 | | Lakeview, PO Box 660263, Dallas, TX 75266-0263 |
| 519460552 | | Shore Medical Center, 1 E. New York Avenue, Somers Point, NJ 08244 |
| 519460553 | + | Shore Medical Center, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519460555 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 519460551 | + | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2025 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2025 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519460526 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 19 2025 21:07:00 | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460533 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 21:05:20 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519472460 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2025 21:05:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519460540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:05:13 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519483845 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:05:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519460541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 21:04:53 | Citibank/Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519460542 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 19 2025 21:06:00 | Credit Card/FB&T, PO Box 84064, Columbus, GA 31908-4064 |

Case 21-19595-ABA  Doc 65  Filed 05/21/25  Entered 05/22/25 00:14:34  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: pdf905 | Total Noticed: 52 |

| Recipient ID | Code | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 519460543 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2025 21:05:21 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519462291 |   | Email/Text: EBNBKNOT@ford.com | May 19 2025 21:07:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 519460544 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 19 2025 21:06:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519460546 | ^ | MEBN | May 19 2025 20:59:23 | Ford Motor Credit, P.O. Box 650574, Dallas, TX 75265-0574 |
| 519460545 | + | Email/Text: EBNBKNOT@ford.com | May 19 2025 21:07:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520195064 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2025 21:23:33 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520647769 | ^ | MEBN | May 19 2025 20:58:33 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288, LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer 14240-1288 |
| 520647768 | ^ | MEBN | May 19 2025 20:58:32 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 519460548 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 21:05:05 | LVNV Funding (Resurgent), PO Box 1269, Greenville, SC 29602-1269 |
| 519921185 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 21:04:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921186 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 21:05:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519463586 |   | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 21:05:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519460549 |   | Email/Text: paula.tilley@nrsagency.com | May 19 2025 21:06:00 | Nationwide Recovery Service, PO Box 8005, Cleveland, TN 37320-8005 |
| 519460532 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2025 21:06:00 | BBVA USA, PO Box 11830, Birmingham, AL 35202 |
| 519495383 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2025 21:06:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519488206 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2025 21:05:05 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519685293 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2025 21:04:53 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519685296 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2025 21:25:27 | Portfolio Recovery Associates, LLC, c/o Diamond Resorts, POB 41067, Norfolk VA 23541 |
| 519508124 |   | Email/Text: bnc-quantum@quantum3group.com | May 19 2025 21:07:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519506181 |   | Email/Text: bnc-quantum@quantum3group.com | May 19 2025 21:07:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519460550 | ^ | MEBN | May 19 2025 20:57:50 | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 519487852 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 21:05:05 | Resurgent Acquisitions, LLC, c/o Resurgent Capital Services, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519466203 |   | Email/Text: paula.tilley@nrsagency.com |   |   |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: pdf905 | Total Noticed: 52 |

|  |  |  | May 19 2025 21:06:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
|---|---|---|---|---|
| 519644208 |  | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 19 2025 21:06:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519460556 |  | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:05:16 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519460558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 21:25:33 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519461398 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2025 21:25:27 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519460560 |  | Email/Text: bankruptcydepartment@tsico.com | May 19 2025 21:07:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 519460561 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 19 2025 21:23:41 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519473963 |  | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 19 2025 21:25:30 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Jonathan E. Diego, 129 S. Main Street, Pleasantville, NJ 08232-2729 |
| 519460521 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460522 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460523 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460524 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460519 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460520 | * | Asset Management/Nationwide, 545 Inman Street, Cleveland, TN 37311 |
| 519460527 | *+ | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460528 | *+ | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519460534 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460535 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460536 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460537 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460538 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519460539 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519921187 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921188 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519460557 | * | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519460559 | *+ | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519460554 | *+ | Shore Medical Center, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519509000 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Miller | on behalf of Joint Debtor Cheryl Lynn Raymond millerar85252@notify.bestcase.com |
| Andrew L. Miller | on behalf of Debtor Michael David Raymond millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6