UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW L. MILLER, ESQ
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
(Office) 609 645-1599
(Fax) (609) 645-7554
andrewmiller@almlaw.com

Order Filed on May 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
MICHAEL DAVID RAYMOND & CHERYL LYNN RAYMOND

Case No.: 21-19595-ABA
Chapter: 13
Judge: ABA

# ORDER AUTHORIZING RETENTION OF

Jonathan E. Diego, Esq., as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: May 27, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __JONATHAN E. DIEGO, ESQ.__
as __SPECIAL COUNSEL__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 129 S. Main Street
Pleasantville, NJ 08232

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*