Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19595−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael David Raymond     Cheryl Lynn Raymond
   302 Folsom Avenue     302 Folsom Avenue
   Egg Harbor Township, NJ 08234     Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−9841     xxx−xx−1512

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I <u>Jerome Davis</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY:

Description of Property (if applicable):

Settlement of debtor's post−petition worker's compensation claim (exempt assets).

Dated: June 11, 2025
JAN: jgd

                                                                          Jeanne Naughton
                                                                          Clerk