UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)

Order Filed on June 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL DAVID RAYMOND

CHERYL LYNN RAYMOND

| | |
|---|---|
| Case No.: | 21-19595 |
| Hearing Date: | June 17, 2025 |
| Judge: | ABA |
| Chapter: | 13 |

## ORDER AUTHORIZING SETTLEMENT OF CO-DEBTOR'S POST-PETIITON WORKERS'S COMPENSATION CLAIM AND DISBURSEMENT OF THE AWARD

The relief set forth on the following page is **ORDERED**.

**DATED: June 18, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an Order APPROVING Co-Debtor, Cheryl Raymond, to settle her post-petition workers compensation claim, and all interested parties having been duly served and the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED as follows:

1. Co-Debtor, Cheryl Raymond, is authorized to settle her post-petition workers compensation claim for a total award of $33,4675.00.
2. Counsel for Co-Debtor, Cheryl Raymond, Diego Law Firm, is authorized to disburse the award to Co-Debtor without further application from this Court.