**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 21-19595 (ABA)**

Michael D. Raymond and Cheryl L. Raymond
302 Folsom Avenue
Egg Harbor Township, NJ 08234

Monthly Payment: $600.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/27/2025 | $600.00 | 03/03/2025 | $600.00 | 03/31/2025 | $600.00 | 04/28/2025 | $600.00 |
| 06/02/2025 | $600.00 | 06/30/2025 | $600.00 | 07/29/2025 | $600.00 | 09/02/2025 | $600.00 |
| 09/29/2025 | $600.00 | 10/28/2025 | $600.00 | 12/01/2025 | $600.00 | 12/30/2025 | $600.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHAEL D. RAYMOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW L. MILLER, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | ASSET MANAGEMENT/NATIONWIDE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE PHYSICIANS GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BBVA USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $968.77 | $139.33 | $829.44 | $56.18 |
| 5 | BAYFRONT EMERGENCY PHYSICIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYFRONT EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $2,023.10 | $290.96 | $1,732.14 | $117.34 |
| 8 | CAPITAL ONE, N.A. | 33 | $17,233.81 | $2,972.94 | $14,260.87 | $999.59 |
| 9 | CITI BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $6,247.05 | $1,077.64 | $5,169.41 | $362.34 |
| 11 | CREDIT CARD/FB&T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | M & T BANK | 24 | $303.55 | $303.55 | $0.00 | $0.00 |
| 14 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $638.86 | $638.86 | $0.00 | $0.00 |
| 15 | FORD MOTOR CREDIT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $640.42 | $80.69 | $559.73 | $37.15 |
| 17 | LAKEVIEW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,990.28 | $688.34 | $3,301.94 | $231.45 |
| 19 | PNC BANK, N.A. | 33 | $9,906.17 | $1,708.87 | $8,197.30 | $574.54 |
| 20 | SYNCHRONY BANK | 33 | $7,081.07 | $1,221.53 | $5,859.54 | $410.69 |
| 21 | LVNV FUNDING, LLC | 33 | $9,000.62 | $1,552.65 | $7,447.97 | $522.02 |
| 22 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SHORE MEDICAL CENTER | 33 | $697.72 | $697.72 | $0.00 | $281.39 |
| 26 | LVNV FUNDING, LLC | 33 | $7,509.95 | $1,295.50 | $6,214.45 | $435.59 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 33 | $4,032.09 | $695.54 | $3,336.55 | $233.87 |
| 29 | ANDREW L. MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CHERYL L. RAYMOND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | CAPITAL ONE, N.A. | 33 | $1,382.87 | $231.92 | $1,150.95 | $80.20 |
| 33 | CAPITAL ONE, N.A. | 33 | $5,013.79 | $864.90 | $4,148.89 | $290.79 |
| 34 | CAPITAL ONE, N.A. | 33 | $4,452.32 | $768.07 | $3,684.25 | $258.25 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,022.12 | $166.53 | $855.59 | $59.28 |
| 36 | LVNV FUNDING, LLC | 33 | $728.33 | $125.65 | $602.68 | $42.24 |
| 37 | LVNV FUNDING, LLC | 33 | $1,988.48 | $343.03 | $1,645.45 | $115.34 |
| 38 | QUANTUM3 GROUP, LLC | 33 | $26,953.08 | $4,649.59 | $22,303.49 | $1,563.31 |
| 39 | LVNV FUNDING, LLC | 33 | $6,173.09 | $1,064.88 | $5,108.21 | $358.04 |
| 40 | DEPARTMENT OF THE TREASURY | 28 | $1,383.00 | $0.00 | $1,383.00 | $0.00 |
| 41 | STATE OF NEW JERSEY | 28 | $467.90 | $467.90 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 60.00 | $600.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,200.00 |
| Total paid to creditors this period: | $7,029.60 |
| Undistributed Funds on Hand: | $2,497.39 |
| Arrearages: | ($524.00) |
| Attorney: | ANDREW L. MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**